**IN THE UNITED STATES DISTRCIT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

EDAZ REDDEN,                         )
                                     )
            Plaintiff,               )
                                     )          Case No. 15 C 10819
      v.                             )
                                     )          Honorable Judge Sara L. Ellis
JAY WAYNE JENKINS                    )
                                     )
            Defendant.               )

## <u>NOTICE OF APPEAL</u>

NOTICE IS HEREBY GIVEN that Defendant, JAY WAYNE JENKINS, appeals to the

United States Court of Appeals for the Seventh Circuit from this Court's Order entered in this

action on July 24, 2018 denying Defendant's Motion to Reconsider the denial of the Motion for

Extension of Time to file Appeal. (A true and correct copy of the July 24, 2018 Order is attached

hereto as Exhibit "A" and made a part hereof.)

Dated: August 21, 2018

                              Respectfully submitted,

                              By: /s// Cynthia M Rote
                                     Cynthia M Rote
                                     **DELANEY LAW, P.C.**
                                     444 N Wabash Ave., Ste 300
                                     Chicago, Illinois 60611
                                     (312) 276-0263
                                     cindy@delaney-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2018, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

By: /s// Cynthia M Rote
Cynthia M Rote
**DELANEY LAW, P.C.**
444 N Wabash Ave., Ste 300
Chicago, Illinois 60611
(312) 276-0263
cindy@delaney-law.com